# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2025-2622
LT Case No. 2021-303887-CFDB

_____

MARK REGESTER,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 Appeal from the Circuit Court for Volusia County.
Elizabeth A. Blackburn, Judge.

Mark Regester, Bowling Green, pro se.

No Appearance for Appellee.


October 21, 2025


PER CURIAM.

AFFIRMED.


WALLIS, EISNAUGLE, and SOUD, JJ., concur.

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*